# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JASON BRUCE BRADLEY**                                                          **PLAINTIFF**

**v.**                                                **CIVIL NO. 1:24-cv-00089-HSO-BWR**

**JIM CAZZELL, et al.**                                               **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that, Plaintiff Jason Bruce Bradley's illegal-search and illegal-arrest claims against Defendants Jim Cazzell; the City of Ocean Springs, Mississippi; Officer Daniel Juan Halo; Unknown S.M.E.T. Team Officer; Unknown Officer; Unknown Officer; and Prosecuting Attorney Lee Farrigut are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(i)-(ii) until the conditions outlined in *Heck v. Humphrey,* 512 U.S. 477, 486-87 (1994), are met.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Plaintiff's remaining claims against the City of Ocean Springs are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim under § 1915(e)(2)(B)(i)-(ii) for failure to establish municipal liability under 42 U.S.C. § 1983.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Plaintiff's remaining claims against Prosecuting Attorney Lee Farrigut are **DISMISSED WITH PREJUDICE** as frivolous under § 1915(e)(2)(B)(i) pursuant to absolute

prosecutorial immunity.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, this dismissal counts as a "strike" under 28 U.S.C. § 1915(g).  Plaintiff is advised that, if he receives three strikes, "he may not proceed [*in forma pauperis*] in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury." *Adongo v. Tex.*, 124 F. App'x 230, 232 (5th Cir. 2005) (citing 28 U.S.C. § 1915(g)).

**SO ORDERED AND ADJUDGED**, this 19th day of November, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE